UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | | |
|---|---|---|
| SERGIO GROBLER derivatively on behalf of INOTIV, INC., <br>     Plaintiff, <br><br> v. <br><br> ROBERT W. LEASURE, *et al*., <br>     Defendants, <br><br> and <br><br> INOTIV, INC., <br>     Nominal Defendant, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CAUSE NO.: 4:22-CV-64-PPS-JEM |
| WILLIAM NOBLE BURKHART derivatively on behalf of Nominal Defendant INOTIVE, INC., <br>     Plaintiff, <br><br> v. <br><br> ROBERT W. LEASURE, *et al*., <br>     Defendants, <br><br> and <br><br> INOTIV, INC., <br>     Nominal Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CAUSE NO.: 4:23-CV-3-PPS-JEM |

**ORDER**

This matter is before the Court on a Joint Status Report [DE 28], filed on April 5, 2024. The parties represent that the motion to dismiss in the related securities class action has been resolved so that the stay in this case should be lifted. The parties represent that within fourteen days, they will file a motion for consolidation of related actions.

1

Accordingly, the Court **GRANTS** the relief contained within the Joint Status Report [DE 28], **LIFTS THE STAY** in the above-captioned cases and **ORDERS** that a motion for consolidation should be filed on the docket in both cases by **April 22, 2024**.

SO ORDERED this 9th day of April, 2024.

                                                s/John E. Martin
                                                MAGISTRATE JUDGE JOHN E. MARTIN
                                                UNITED STATES DISTRICT COURT

cc:     All counsel of record