UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | | |
|---|---|---|
| SERGIO GROBLER, derivatively on behalf of INOTIV, INC., <br>     Plaintiff, <br><br> v. <br><br> ROBERT W. LEASURE, *et al.*, <br>     Defendants, <br><br> and <br><br> INOTIV, INC., <br>     Nominal Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CAUSE NO.: 4:22-CV-64-PPS-JEM |
| WILLIAM NOBLE BURKHART, Derivatively on behalf of nominal Defendant INOTIV, INC., <br>     Plaintiff, <br><br> v. <br><br> ROBERT W. LEASURE, *et al.*, <br>     Defendants, <br><br> and <br><br> INOTIV, INC., <br>     Nominal Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CAUSE NO.: 4:23-CV-3-PPS-JEM |

**ORDER**

This matter is before the Court on the Parties' Renewed Joint Motion Consolidating Actions and Appointing Co-Lead Counsel [DE 30], filed by the parties on April 22, 2024. The parties renew their request that the two above-captioned stockholder derivative actions be consolidated. A previous motion was denied because of concerns over jurisdiction, and the cases

1

were stayed pending resolution of a motion to dismiss in the related securities class action. A decision has now been entered denying the motion to dismiss in the related securities class action, establishing that the claims arising under Sections 10(b), 14(a), and 20(a) as to the allegations with respect to the Cumberland facility were adequately pled. The parties represent that the plaintiffs in the instant actions anticipate filing a single amended complaint asserting federal question jurisdiction only, and Plaintiffs request that The Rosen Law Firm, P.A., and Glancy Prongay & Murray LLP be designated co-lead counsel for Plaintiffs.

Federal Rule of Civil Procedure 42(a) provides that "[i]f actions before the court involve a common question of law or fact, the court may . . . consolidate the actions." Fed. R. Civ. P. 42(a)(2). Consolidation is appropriate for "cases that share the same questions of law or fact and where consolidation would not result in prejudice to any party." *Back v. Bayh*, 933 F. Supp. 738, 748 (N.D. Ind. 1996) (citing *Fleishman v. Prudential-Bache Sec.*, 103 F.R.D. 623, 624 (E.D. Wis. 1984)). Courts "consider such factors as judicial economy, avoiding delay, and avoiding inconsistent or conflicting results" as well as "the possibility of juror confusion or administrative difficulties." *Habitat Educ. Ctr., Inc. v. Kimbell*, 250 F.R.D. 390, 394 (E.D. Wis. 2008).

The Court finds that the two cases contain substantially similar factual and legal contentions and that judicial economy would be served if the actions were consolidated, since the jurisdictional concerns raised in the previous Opinion have been resolved. Future filings will be made only in the lead case.

Accordingly, the Court hereby **GRANTS** the Parties' Renewed Joint Motion Consolidating Actions and Appointing Co-Lead Counsel [DE 30] and **ORDERS** consolidation of cause numbers 4:22-CV-64-PPS-JEM, *Grobler v Leasure, et al., and Inotiv, Inc.,* with 4:23-CV-

3-PPS-JEM, *Burkhart v. Leasure, et al., and Inotiv, Inc.* All future filings shall be made in 4:22-CV-64-PPS-JEM **only**, with the caption:

| | | |
|---|---|---|
| INOTIVE STOCKHOLDER<br>DERIVATIVE LITIGATION | )<br>)<br>) | CAUSE NO: 4:22-CV-64-PPS-JEM |

The Court **DESIGNATES** The Rosen Law Firm, P.A., and Glancy Prongay & Murray LLP, as co-lead counsel for Plaintiffs, with Williams Law Group, LLC serving as liaison counsel for Plaintiffs.

The Court **ORDERS** that Plaintiffs must file a consolidated amended complaint by **June 24, 2024**, with response to the amended complaint to be filed by **July 22, 2024**, or some other date as agreed by the parties and approved by the Court.

SO ORDERED this 25th day of April, 2024.

s/ John E. Martin
MAGISTRATE JUDGE JOHN E. MARTIN
UNITED STATES DISTRICT COURT

cc:   All counsel of record

3