UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE INOTIV STOCKHOLDER DERIVATIVE LITIGATION | CASE NO. 4:22-cv-00064-PPS-AZ |

**AMENDED JOINT MOTION TO STAY LITIGATION**

Plaintiffs Sergio Grobler and William Noble Burkhart ("Plaintiffs"), Nominal Defendant Inotiv, Inc. ("Inotiv"), and Defendants Robert W. Leasure, Beth A. Taylor, Carmen Wilbourn, Gregory C. Davis, R. Matthew Neff, Richard A. Johnson, John E. Sagartz, Nigel Brown, and Scott Cragg (together with Inotiv, "Defendants," and together with Plaintiffs, the "Parties"), by and through their undersigned counsel, jointly move as follows:

WHEREAS, on June 7, 2024, the Parties filed a Joint Motion to Stay Litigation in the above-captioned action (the "Consolidated Action") (Dkt. No. 34);

WHEREAS, on July 25, 2024, the Parties participated in a telephonic conference before the Court to discuss the Joint Motion to Stay Litigation;

WHEREAS, on July 29, 2024, the Court ordered the Parties to submit a joint supplement to the Joint Motion to Stay Litigation on or before August 8, 2024, advising the Court whether they intend to seek to have the Consolidated Action stayed in its entirety or proceed in the regular course with the litigation;

WHEREAS, the Parties have met and conferred and have determined that to promote judicial economy and conserve the Parties' resources, the litigation should be stayed on the terms set forth in this Amended Joint Motion to Stay Litigation through the earliest of the following: (1) resolution of anticipated motion(s) for summary judgment in the related securities class action, now captioned *In re Inotiv Inc. Securities Litigation*, Case No. 4:22-cv-00045-PPS-JEM (N.D.

1

Ind.)(the "Securities Class Action"); (2) notification of a settlement being reached in the Securities Class Action; or (3) a request by either Party to terminate the stay;

**NOW, THEREFORE, PLAINTIFFS AND DEFENDANTS HEREBY STIPULATE AND AGREE**, through their respective counsel, and subject to the Court's approval, as follows:

1. The Joint Motion to Stay Litigation (Dkt. No. 34) is hereby withdrawn.

2. The Consolidated Action is hereby stayed pending resolution of anticipated motion(s) for summary judgment in the related Securities Class Action, notification of a settlement in-principle in the related Securities Class Action, or a request by either Party to terminate the stay, whichever occurs earlier.

3. During the pendency of the stay, Plaintiffs may further amend the operative consolidated amended complaint. Defendants shall have no obligation to answer, move, or otherwise respond to the consolidated amended complaint, or any other subsequent amended pleading, during the pendency of the stay.

4. The Parties reserve all rights to seek a modification of the terms of the stay and either party may, in its sole discretion, move the Court to lift the stay at any time.

5. Upon termination of the stay, the Parties shall submit a proposed schedule for further proceedings in the Consolidated Action within fourteen (14) days thereof.

6. The Parties reserve all of their respective rights, claims, and defenses in the Consolidated Action, and no portion of this Amended Joint Motion to Stay Litigation shall be construed as a waiver of any rights, claims, or defenses unless expressly addressed herein.

August 8, 2024                          Respectfully submitted,


                                        _/s/ Erica L. Stone (with permission)_
                                        **WILLIAMS LAW GROUP, LLC**
                                        Brad A. Catlin, Atty. No. 21570-29
                                        1101 North Delaware Street, Suite 200
                                        Indianapolis, IN 46202
                                        Tel: 317.633.5270
                                        Fax: 317.426.3348
                                        Email: brad@williamsgroup.law

                                        *Liaison Counsel for Plaintiffs*

                                        **THE ROSEN LAW FIRM, P.A.**
                                        Phillip Kim
                                        Erica L. Stone (*pro hac vice*)
                                        275 Madison Avenue, 40th Floor
                                        New York, NY 10016
                                        Tel: 212.686.1060
                                        Fax: 212.202-3827
                                        Email: philkim@rosenlegal.com
                                        Emai: estone@rosenlegal.com

                                        *Co-Lead Counsel for Plaintiffs and Counsel for Plaintiff Sergio Grobler*

                                        **GLANCY PRONGAY & MURRAY LLP**
                                        Benjamin I. Sachs-Michaels
                                        745 Fifth Avenue, Fifth Floor
                                        New York, NY 10151
                                        Telephone: (212) 935-7400
                                        Facsimile: (212) 756-3630
                                        Email: bsachsmichaels@glancylaw.com

                                        Robert V. Prongay
                                        Pavithra Rajesh (*pro hac vice*)
                                        1925 Century Park East, Suite 2100
                                        Los Angeles, CA 90067
                                        Telephone: (310) 201-9150
                                        Email: rprongay@glancylaw.com
                                                prajesh@glancylaw.com

                                        *Co-Lead Counsel for Plaintiffs and Counsel for Plaintiff William Noble Burkhart*

**THE PORTNOY LAW FIRM**
Lesley F. Portnoy
1800 Century Park East, Suite 600
Los Angeles, CA 90067
Telephone: (310) 692-8883
Email: lesley@portnoylaw.com

*Additional Counsel for Plaintiff William Noble Burkhart*


*/s/Darren A. Craig*
**FROST BROWN TODD LLP**
Darren A. Craig, Atty. No. 25534-49
111 Monument Circle, Suite 4500
Indianapolis, In 46204
Tel.: (317) 237-3800
Fax: (317) 237-3900
Email: dcraig@fbtlaw.com

**KATTEN MUCHIN ROSENMAN LLP**
Michael J. Diver (*pro hac vice*)
Michael J. Lohnes (*pro hac vice*)
Bora Ndregjoni (*pro hac vice*)
525 West Monroe Street
Chicago, Illinois 60661
Tel.: (312) 902-5200
Fax: (312) 902-1061
Email: michael.diver@katten.com
Email: michael.lohnes@katten.com
Email: bora.ndregjoni@katten.com

Sarah L. Eichenberger (*pro hac vice*)

50 Rockefeller Plaza
New York, New York, 10020
Tel: (212) 940-8800
Email: sarah.eichenberger@katten.com

*Counsel of Record for Defendants*