## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION AT LAFAYETTE

| | |
|---|---|
| SERGIO GROBLER derivatively on behalf of INOTIV, INC., <br>     Plaintiff, <br><br> v. <br><br> ROBERT W. LEASURE, *et al.*, <br>     Defendants, <br><br> and <br><br> INOTIV, INC., <br>     Nominal Defendant, | CASE NO. 4:22-CV-64-PPS-AZ |
| WILLIAM NOBLE BURKHART derivatively on behalf of Nominal Defendant INOTIVE, INC., <br>     Plaintiff, <br><br> v. <br><br> ROBERT W. LEASURE, *et al.*, <br>     Defendants, <br><br> and <br><br> INOTIV, INC., <br>     Nominal Defendant. | CASE NO. 4:23-CV-3-PPS-AZ |

## ORDER

This matter is before the Court on the parties' Amended Joint Motion to Stay Litigation [DE 50], filed on August 8, 2024. The parties previously filed a Joint Motion to Stay Litigation [DE 34] and the Court held a hearing on that motion on July 25, 2024. During that hearing, I expressed concerns with the parties' request that the Court order a stay of the litigation while also endorsing the parties' proposed stipulation to participate

in limited discovery in *In re Inotiv Inc. Securities Litigation*, Case No. 4:22-cv-00045-PPS-JEM (N.D. Ind.) (the "Securities Class Action") during the stay in this case, which would potentially be in conflict with the Federal Rules of Civil Procedure. I asked the parties to reconsider their motion as either request for a stay (with no Court supervision of any private agreements relating to discovery) <u>or</u> to proceed with the litigation under discovery protocols that satisfied their interests of judicial economy. In their Amended Joint Motion to Stay [DE 50], the parties have decided to request a stay of this case without Court-sanctioned discovery during the pendency of the requested stay.[1]

Accordingly, in the interests of judicial economy and to conserve the parties' resources, the parties' Joint Motion to Stay Litigation [DE 34] is **DENIED AS MOOT**; the parties' Amended Joint Motion to Stay Litigation [DE 50] is **GRANTED**; and the Court **ORDERS** as follows:

(1) This matter is **STAYED** through the earliest of the following: (a) resolution of anticipated motion(s) for summary judgment in the related securities class action, now captioned *In re Inotiv Inc. Securities Litigation*, Case No. 4:22-cv-00045-PPS-JEM (N.D. Ind.) (the "Securities Class Action"); (b) notification of a settlement being reached in the Securities Class Action; or (c) further order of the Court upon a motion by any party to terminate the stay;

---

[1] To the extent the parties and/or parties to any other related litigation have or will enter into side agreements allowing use of discovery from one proceeding in another, the Court expresses no view as to their enforceability or propriety at this time.

(2) During the pendency of the stay, Plaintiffs <u>may seek leave of Court</u> to further amend the operative consolidated amended complaint, which shall be freely given in accordance with the Federal Rules of Civil Procedure;

(3) During the pendency of the stay, Defendants shall have no obligation to answer or otherwise respond to the current complaint or any future amended complaint, absent further order of the Court lifting the stay or ordering a response; and

(4) Upon termination of the stay, the Parties shall submit a proposed schedule for further proceedings in this case within fourteen (14) days thereof.

SO ORDERED this 13th day of August 2024.

*/s/ Abizer Zanzi*
MAGISTRATE JUDGE ABIZER ZANZI
UNITED STATES DISTRICT COURT
