UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE INOTIV STOCKHOLDER DERIVATIVE LITIGATION | Case No. 4:22-cv-00064-PPS-AZ |

**NOTICE OF MOTION FOR PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF DERIVATIVE SETTLEMENT**

Plaintiffs Sergio Grobler and William Noble Burkhart (together, "Plaintiffs"), by their undersigned counsel, respectively move this Court, the Honorable Philip P. Simon in the U.S. District Court for the Northern District of Indiana, located at 5400 Federal Plaza, Suite 4400, Hammond, Indiana 46320, for an Order preliminarily approving the settlement set forth in the Stipulation of Settlement, dated December 18, 2025 ("Stipulation"), and filed contemporaneously herewith. The Parties' agreed-upon form of the [Proposed] Preliminarily Approval Order, attached as Exhibit B to the Stipulation, is submitted herewith.

This Motion is based on the accompanying Memorandum of Law in Support of Unopposed Motion for Preliminary Approval of Derivative Settlement, the Stipulation, and such additional evidence or argument as may be required by the Court.

Date: December 24, 2025

Respectfully submitted,

By: /s/ *Erica L. Stone*
**THE ROSEN LAW FIRM, P.A.**
Erica L. Stone (*pro hac vice*)
Phillip Kim
275 Madison Avenue, 40th Floor
New York, NY 10016
Tel: (212) 686-1060

Fax: (212) 202-3827
estone@rosenlegal.com
philkim@rosenlegal.com

**GLANCY PRONGAY & MURRAY LLP**
Benjamin I. Sachs-Michaels
745 Fifth Avenue, Fifth Floor
New York, New York 10151
Telephone: (212) 935-7400
bsachsmichaels@glancylaw.com

-and-

Robert V. Prongay
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
rprongay@glancylaw.com
prajesh@glancylaw.com

*Co-Lead Counsel for Plaintiffs*

**WILLIAMS LAW GROUP, LLC**
Brad A. Catlin, Atty No. 21570-29
1101 North Delaware Street, Suite 200
Indianapolis, IN 46202
Tel: (317) 633-5270
Fax: (317) 426-3348
brad@williamsgroup.law

*Liaison Counsel for Plaintiffs*

**THE PORTNOY LAW FIRM**
Lesley F. Portnoy
1800 Century Park East, Suite 600
Los Angeles, CA 90067
Telephone: (310) 692-8883
lesley@portnoylaw.com

*Additional counsel for Plaintiff William Noble Burkhart*

## CERTIFICATE OF SERVICE

I hereby certify that on December 24, 2025, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.


                                               */s/ Erica L. Stone*
                                               Erica L. Stone