**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| IN RE INOTIV STOCKHOLDER DERIVATIVE LITIGATION | Case No. 4:22-cv-00064-PPS-AZ |

**NOTICE OF MOTION FOR PLAINTIFFS' MOTION FOR**
**FINAL APPROVAL OF DERIVATIVE SETTLEMENT**

Please take notice that on March 18, 2026, at 9:00 a.m., or as soon thereafter as counsel may be heard, Plaintiffs Sergio Grobler and William Noble Burkhart ("Plaintiffs"), respectfully move this Court, pursuant to Rule 23.1(c) of the Federal Rules of Civil Procedure, before the Honorable Philip P. Simon in the U.S. District Court for the Northern District of Indiana, located at 5400 Federal Plaza, Suite 4400, Hammond, Indiana 46320, for entry of an order, which determines: (i) the terms and conditions of the Settlement are fair, reasonable, and adequate to Inotiv, Inc. and its shareholders; (ii) the [Proposed] Final Order and Judgment ("Proposed Judgment") should be entered; (iii) to award the Fee and Expense Amount[1] and Service Awards; and (iv) for such other and further relief as the Court deems appropriate (the "Motion").

This Motion is based on this Notice of Motion, the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Final Approval of Derivative Settlement, the Declaration of Erica L. Stone in Support of Plaintiffs' Motion for Final Approval of Derivative Settlement, and the exhibits attached thereto, the Court's record on this matter, and such additional evidence or argument as may be required by the Court.

[1] Unless noted otherwise, all capitalized terms used herein shall have the same meaning as in the Stipulation of Settlement dated December 18, 2025. (ECF No. 52).

Plaintiffs respectfully request the Court enter the Parties' agreed-upon form of the Proposed Judgment, attached as Exhibit C to the Stipulation, and submitted herewith for the Court's convenience.

Date: February 18, 2026

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

By: */s/ Erica L. Stone*
Erica L. Stone (*pro hac vice*)
Phillip Kim
275 Madison Avenue, 40th Floor
New York, NY 10016
Tel: (212) 686-1060
Fax: (212) 202-3827
estone@rosenlegal.com
philkim@rosenlegal.com

**GLANCY PRONGAY WOLKE & ROTTER LLP**
Matthew M. Houston
Benjamin I. Sachs-Michaels
745 Fifth Avenue, Fifth Floor
New York, New York 10151
Telephone: (212) 935-7400
mhouston@glancylaw.com
bsachsmichaels@glancylaw.com

-and-

Robert V. Prongay
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
rprongay@glancylaw.com
prajesh@glancylaw.com

*Co-Lead Counsel for Plaintiffs*

**WILLIAMS LAW GROUP, LLC**
Brad A. Catlin, Atty No. 21570-29
1101 North Delaware Street, Suite 200
Indianapolis, IN 46202
Tel: (317) 633-5270
Fax: (317) 426-3348
brad@williamsgroup.law

*Liaison Counsel for Plaintiffs*

**THE PORTNOY LAW FIRM**
Lesley F. Portnoy
1800 Century Park East, Suite 600
Los Angeles, CA 90067
Telephone: (310) 692-8883
lesley@portnoylaw.com

*Additional counsel for Plaintiff William Noble Burkhart*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 18, 2026, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Erica L. Stone*
Erica L. Stone